Opinion filed June 15, 1934.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Georgia Brown, appellee, v. First Union Trust and Savings Bank, trading as Midway Apartment Hotel, appellant. Gen. No. 37,048.

636

Opinion filed June 15, 1934.

Abraham Lepine, for appellant; F. O. Terbell, of counsel. Blankenship & Baltz, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.